IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| CASSANDRA L. JOHNSON ) | Case No. 17-11893-BFK |
| ) | Chapter 7 |
| ) | |
| Debtor ) | |

# REPORT OF DEPOSIT OF UNCLAIMED FUNDS

The Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $63,649.12, representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. § 2042 and shall not escheat under any state law. The unclaimed funds represent one-half of the proceeds of the sale of the property located at 3908 Woodley Drive, Alexandria, Virginia 22309, which are payable to co-owner Olivier Javaudin. These proceeds are being paid to the Court pursuant to the Order Granting Trustee's Motion to Approve Sale of Real Property Located at 3908 Woodley Drive, Alexandria, Virginia 22309 (Docket No. 67), because Mr. Javaudin cannot be located.

Respectfully submitted,
THE MEIBURGER LAW FIRM, P.C.

Dated: October 11, 2018

By: /s/ Janet M. Meiburger
Janet M. Meiburger, Esq. (VSB No. 31842)
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101
(703) 556-7871
Counsel for Chapter 7 Trustee

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Counsel for Chapter 7 Trustee