**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| IN RE: | Case No. 17-11893-BFK |
| CASSANDRA L. JOHNSON | |
|     Debtor | Chapter 7 |
| _____ | |
| CITIMORTGAGE, INC. | |
|     Movant | |
| v. | |
| CASSANDRA L. JOHNSON | |
|     Debtor/Respondent | |
| and | |
| JANET M. MEIBURGER | |
|     Trustee/Respondent | |

**NOTICE OF VOLUNTARY WITHDRAWAL OF**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, CitiMortgage, Inc. (the "Movant), by and through counsel, and hereby withdraws, without prejudice, its Motion for Relief from the Automatic Stay filed on September 14, 2017 with respect to the real property known as 3908 Woodley Dr, Alexandria, VA 22309.

Respectfully Submitted,

Dated: October 22, 2018

*/s/ Lauren French*
Lauren French VSB# 85478
Attorney
BWW Law Group, LLC
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com
Attorney for the Movant

## **CERTIFICATE OF SERVICE**

     I certify that on this 22nd day of October, 2018, the following person(s) were or will be served with a copy of the foregoing Notice of Withdrawal of Motion for Relief from the Automatic Stay electronically via the CM/ECF system or by first class mail, postage prepaid:

Janet M Meiburger, Trustee
1493 Chain Bridge Road,Suite 201
Mclean, VA 22101-5726

Robert R Weed
1376 Old Bridge Rd, Suite 101-4
Woodbridge, VA 22192

Cassandra L. Johnson
3908 Woodley Drive
Alexandria, VA 22309

 

*/s/ Lauren French*
Lauren French VSB# 85478
Attorney
BWW Law Group, LLC
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com
Attorney for the Movant